■ In the Matter of DAMAR RODRIQUEZ, Appellant, v SHARON VAN PUTTEN, Respondent. [765 NYS2d 796] —In a child custody proceeding pursuant to Family Court Act article 6, the father appeals from an order of the Family Court, Kings County (Balter, J.), dated October 29, 2001, which, after a hearing, denied his petition for visitation.

Ordered that the order is affirmed, without costs or disbursements.

While the father's incarceration, standing alone, did not render visitation inappropriate (*see Matter of Davis v Davis*, 232 AD2d 773 [1996]; *Matter of Mohammed v Cortland County Dept. of Social Servs.*, 186 AD2d 908 [1992]), the Family Court properly determined that, under all of the circumstances, visitation would not be in the child's best interest (*see Matter of Marcial v Sullivan*, 296 AD2d 551 [2002]; *Matter of Williams v Tillman*, 289 AD2d 885 [2001]; *Matter of Davis v Davis*, 265 AD2d 552 [1999]).

The father's remaining contentions are without merit. Ritter, J.P., Florio, S. Miller and Luciano, JJ., concur.